PROB 12B
(08/16)

February 10, 2022
pacts id: 3447901

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Melissa Ortiz Ayerim (English)                    **Dkt No.:** 18CR04956-002-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** Time served; 3 years' supervised release. *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** January 14, 2022

**Date Supervised Release Commenced:** January 14, 2022

**Prior Violation History:** None.

---

### PETITIONING THE COURT

#### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission.  The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.  Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

### CAUSE

On January 31, 2022, the undersigned met with Ms. Ayerim and inquired/discussed Ms. Ayerim's mental health/treatment.  Ms. Ayerim reported she was prescribed psychotropic medication for depression while in BOP custody and expressed her desire to continue receiving mental health treatment/medication; thus, it is recommended Ms. Ayerim's conditions of supervision be modified to include a special mental health condition.  Ms. Ayerim agrees with the proposed modification, as evidenced by her signature on the attached Waiver of Hearing form (attached herein).

Respectfully submitted:                          Reviewed and approved:

by _____                 _____
Ruben A. Sandoval                                   Larry Huerta
U.S. Probation Officer                              Supervisory U.S. Probation Officer
(760) 339-4206

Attachments:

PROB12B

| | |
|---|---|
| Name of Offender: Melissa Ortiz Ayerim | February 10, 2022 |
| Docket No.: 18CR04956-002-JLS | Page 2 |

## THE COURT ORDERS:

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____

_Janis L. Sammartino_

The Honorable Janis L. Sammartino
U.S. District Judge

02/14/2022

Date